# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **QUINDELE ADDISON**<br>     **LA. DOC #367461**<br>**VS.** | **CIVIL ACTION NO. 5:12-cv-2620**<br><br>**SECTION P**<br><br>**JUDGE S. MAURICE HICKS** |
| **STEVE HARDEN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS RECOMMENDED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 2nd day of April, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE